# Court of Appeals
# of the State of Georgia

ATLANTA, February 10, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0217.  ABRAHAM ISAAC HOPE v. FAITH HOPE.**

Abraham Isaac Hope and Faith Hope are the parents of two minor children. In December 2024, the trial court entered a family violence protective order against Abraham which, in part, awarded temporary custody of the children to Hope, and prohibited Abraham from visitation. Abraham has filed a timely application for discretionary review of the order, in which he, inter alia, challenges the trial court's rulings on custody and visitation.

Ordinarily, appeals of orders in domestic relations cases — including actions arising under the Family Violence Act — must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021); accord *Birchby v. Carboy*, 311 Ga. App. 538, 538, n. 2 (716 SE2d 592) (2011). However, under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. Because Abraham challenges a protective order involving child custody and visitation restrictions, this case is subject to direct appeal. See, e.g., *Perlman v. Perlman*, 318 Ga. App. 731, 733 (1) (734 SE2d 560) (2012).

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Abraham's application is GRANTED. He shall have ten days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. See

OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 02/10/2025

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*